COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 October 12, 2016
 No. 10-16-00047-CR
 RODERICK CARVON BLEDSOE
 v.
 THE STATE OF TEXAS
 
 center-4254500
 From the 19[th] District Court
 McLennan County, Texas
 Trial Court No. 2014-392-C1
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issue raised and finds no reversible error is presented. Accordingly the trial court's Judgment of Conviction by Court -- Waiver of Jury Trial as to Count III, Endangering a Child, signed on February 9, 2016, is affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 
3040380-1206500
 By: ___________________________
 Nita Whitener, Deputy Clerk
1006779787783800